Vijay K. Toke, Cal. Bar No. 215079
HIARING + SMITH, LLP
vijay@hiaringsmith.com
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
Telephone:  (415) 457-2040
Facsimile:   (415) 457-2822

Attorneys for Plaintiff/Counterdefendant
LABO AMERICA, INC.

LAWRENCE G. TOWNSEND, SBN 88184
LAW OFFICES OF LAWRENCE G. TOWNSEND
ltownsend@owe.com
455 Market Street, Suite 1910
San Francisco, California  94105
Telephone:  415-882-3288
Facsimile:  415-882-3299

Attorneys for Defendant/Counterclaimant
 LABOMED, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LABO AMERICA, INC., a California Corporation,<br><br>                           Plaintiff,<br><br>    vs.<br><br>LABOMED, INC., a California Corporation; DOES 1 – 100,<br><br>                           Defendants. | Case No.: CV-12-01477-PJH<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)];**<br>**[~~PROPOSED~~] ORDER** |
| LABOMED, INC. a California Corporation,<br><br>                           Counterclaimant,<br><br>   vs.<br><br>LABO AMERICA, INC., a California Corporation,<br><br>                           Counterdefendant. | **Action Filed March 23, 2012** |

////

---

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**
**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]; ORDER**

Case No. CV-12-01477 PJH

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED** by and between Plaintiff and Counterdefendant LABO AMERICA, INC. ("Plaintiff and Counterdefendant") and Defendant and Counterclaimant LABOMED, INC. (collectively referred to as "Parties"), by and through their respective counsel of record herein, that the entirety of the above-captioned action, including Plaintiff's Complaint and Counterclaimant's Counterclaims, shall be **DISMISSED WITH PREJUDICE.**

The Parties further stipulated and request that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement in this action.

The Parties stipulate that each party is to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED:  August 29, 2013           HIARING + SMITH LLP

By:   /s/ Vijay K. Toke
Vijay K. Toke
*vijay@hiaringsmith.com*
Hiaring + Smith, LLP
101 Luca Valley Road, Suite 300
San Rafael, CA 94903
Tel. (415) 457-2040
Fax (415) 457-2822
Attorney for
Plaintiff/Counterdefendant
LABO AMERICA, INC.

**[THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK. REMAINING SIGNATURE BLOCKS ARE ON THE FOLLOWING PAGE]**

DATED: August 29, 2013         LAW OFFICES OF BANAYAN & ASSOCIATES

By:   /s/ Fariba B. Banayan
Fariba B. Banayan, Esq.
Law Offices of Banayan & Associates
9025 Wilshire Boulevard, Suite 301
Beverly Hills, CA 90211
Email: fbb@banayanlaw.com
Phone: 310-385-8282
Facsimile: 310-385-8226

DATED:  August 29, 2013         LAW OFFICES OF LAWRENCE G. TOWNSEND

By:   /s/ Lawrence G. Townsend
Lawrence G. Townsend
ltownsend@owe.com
Law Offices of Lawrence G. Townsend
455 Market Street, 19th Floor
San Francisco, CA 94105
Tel. (415) 882-3288
Fax (415) 882-3299
Attorney for Defendant/Counterclaimant
LABOMED, INC.

**ATTESTATION OF CONCURRENCE**

I, Vijay K. Toke, attest that I am one of the attorneys for Plaintiff LABO AMERICA, INC., a California corporation, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Fariba B. Banayan and Lawrence G. Townsend, the above signatories.

Dated: August 29, 2013         By:   /s/ Vijay K. Toke
Vijay K. Toke

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**
**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]; ORDER**
Case No. CV-12-01477 PJH

3

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3 | Dated: 8/30/13

                                                                                                   _____

Honorable Phyllis J. Hamilton
United States District Judge

---

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**
**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]; ORDER**

Case No. CV-12-01477 PJH

4